AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of __Colorado 13-po-00044-GPG__

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| v. | (For a Petty Offense) — Short Form |
| | Case No. 13-po-44-GPG |
| ALECIA D. ESPINO | USM No. |
| | Vince Felletter |
| | Defendant's Attorney |

## THE DEFENDANT:

■ **THE DEFENDANT** pleaded guilty to count(s)   I and III of the Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR Section 4.23(a)(2) | Operating a motor vehicle with blood alcohol content greater than .08 grams of alcohol per 210 liters of breath | 07/14/2013 | I |
| 36 CFR Section 4.22(b)(4)(ii). | Operating a motor vehicle while allowing a person to Ride in the exterior portions of vehicle | 07/14/2013 | III |

■ Count(s)  II          ■ is   ☐ are   dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| Total: | $ 20.00 | $ 800.00 |

Last Four Digits of Defendant's Soc. Sec. No.: ▇▇▇▇

Defendant's Year of Birth: 1975

City and State of Defendant's Residence:
Winchester, CA

November 12, 2013
Date of Imposition of Judgment

_/s/_ Signature of Judge

Gordon P. Gallagher Magistrate Judge
Name and Title of Judge

*ORDER: Alcohol Eval w/in 30 days and follow any recommended treatment within 4 months. No law violations including any traffic violations over 4 points for 1 year, no alcohol for 1 year.

November 13, 2013
Date